| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: William Ort<br>Task Force Officer: Kenneth Monroe | Telephone: (989) 895-5712<br>Telephone: (810) 423-6432 | |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>DONTA MAURICE GOODLOW | Case: 4:23−mj−30013<br>Assigned To : Ivy, Curtis, Jr<br>Assign. Date : 1/13/2023<br>Description: IN RE SEALED MATTER (kcm) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 22, 2022__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kenneth Monroe, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: January 13, 2023

_____
*Judge's signature*

City and state: Flint, Michigan

Curtis Ivy, Jr., U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Kenneth Monroe, being duly sworn, depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am currently employed by the Michigan State Police as a Detective Trooper and have been employed as Trooper since 2010. I have been a law enforcement officer since 2005 for Mundy Township Police Department, Swartz Creek Police Department and the City of Burton Police. I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) as a Task Force Officer. I am assigned to the Detroit, Michigan Field Division, Flint Field Office. I am tasked with investigating violations of firearms and narcotics laws. During my employment, I investigated numerous incidents involving robberies, shootings, and homicides as well as violations of state and federal firearms laws.

2. I make this affidavit based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. Based on the facts below, I have probable cause to believe that on November 22, 2022, Donta Maurice Goodlow (XX-XX-1983) knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. §§ 922(g)(1).

1

## BACKGROUND

4. On Tuesday November 22nd, 2022, at approximately 10:10 p.m. a gas station clerk working at the Kroger Gas station at 3838 Richfield Rd., Flint Michigan, called Genesee County 911. The clerk reported a black male with dreadlocks, later identified as Donta Goodlow, became upset with him while pumping gas.

5. The clerk reported to the 911 dispatcher that Goodlow approached the enclosed cashier station and threatened him. Goodlow then produced a pistol and pointed it at the clerk while voicing threats to him, stating "I'm going to show you I'm not a bitch." Goodlow kicked the glass to the building and then moved to the back door where he kicked the door. Goodlow then kicked over a grocery cart and a trash can before getting into a black Chevrolet SUV and leaving the scene southbound on Center Road.

6. Genesee County 911 immediately dispatched the information. Troopers from the Michigan State Police Flint Post then observed a Chevrolet Tahoe matching the description of the vehicle described by the 911 caller, exiting a separate gas station approximately 1 mile away from the Kroger Gas station, on Center Road at Davison Road. Troopers observed illegal window tint on the front windows and observed the driver was a black male with dreadlocks, matching the description of the male described by the 911 caller.

7. Troopers initiated a traffic stop and approached the vehicle on foot. While walking up to the vehicle Troopers observed the driver to be making movements under the driver seat area and heard what they believed to be a gun dropping onto the floor of the vehicle.

8. Troopers made contact with the driver who was identified as Donta Goodlow. Troopers noted Goodlow was agitated and was referencing an incident at Kroger. Goodlow told Troopers "tell dude at Kroger fuck him, he called me a bitch."

9. Goodlow was asked to step out of the vehicle by Troopers. Upon Goodlow exiting the driver seat, Troopers observed a black pistol sticking out from under the driver seat.

10. Troopers recovered the pistol from under the driver's seat and found it was a black Springfield, model XD, .45 caliber semi-automatic pistol, serial number BA114131. The pistol was found to be loaded with one round of .45 caliber ammunition in the chamber of the weapon and 15 rounds in the magazine.

11. Troopers conducted a search of Goodlow's person and located an additional magazine for the Springfield .45 caliber pistol in his right, front jacket pocket. The second magazine was loaded with 11 rounds of .45 caliber ammunition.

12. Troopers discovered Goodlow was unable to legally possess a pistol as he was a convicted felon. I conduced a check of Goodlow's computerized criminal history and found he had been convicted of the following felonies:

-2002 Plead guilty to felony larceny from a motor vehicle.

-2007   Plead guilty to felony breaking and entering.

-2011   Plead guilty to felony home invasion, 2nd degree.

-2011 Plead guilty to felony home invasion, 1st degree.

-2011 Plead guilty to felony armed robbery habitual offender

3rd offense, felony assault with intent to do great bodily harm 3rd,

felony weapons offense.

13.     I have spoken with Special Agent Dustin Hurt, who is recognized by the ATF as being an expert in the interstate nexus of firearms. S/A Hurt stated that the Springfield, model XD, 45 caliber pistol, bearing serial number BA114131, was manufactured outside the state of Michigan and was transported in interstate commerce.

## CONCLUSION

1. Based upon all of this information, probable cause exists that Donta Maurice Goodlow, (XX,XX,1983) violated 18 U.S.C. §§ 922(g)(1) on Tuesday, November 22, 2022.

Respectfully submitted,

D/Tpr. Kenneth Monroe
ATF Task Force Officer

Sworn to before me and signed in my presence, and/or by reliable electronic means.

CURTIS IVY, JR.
UNITED STATES MAGISTRATE JUDGE

4